IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Karen Juanita Elezabeth Harber, ) | C/A No. 0:11-134-RBH-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Commissioner of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a "final decision" of the Commissioner of the Social Security Administration ("Commissioner"). The plaintiff initiated this action and filed her Complaint on January 18, 2011. (ECF No. 1.) The Commissioner filed an Answer along with a transcript of record on July 20, 2011. (ECF Nos. 21 & 22.)

The Local Rules of this District state that, after the filing of an answer, a plaintiff has thirty (30) days in which to file a written brief. Local Civil Rule 83.VII.04 DSC. The plaintiff's brief was due on or before August 22, 2011. As of this date, the plaintiff has not filed a brief and has presented no argument as to why the decision by the Commissioner is not supported by substantial evidence. It therefore appears that the plaintiff does not wish to continue to prosecute this action. Accordingly,

**IT IS ORDERED** that the plaintiff shall have **fourteen (14) days** from the date of this order in which to file a brief. **Failure to do so will result in a recommendation that this case be**

**dismissed for failure to prosecute.**  See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

  **IT IS SO ORDERED**.

                 _____
                 Paige J. Gossett
                 UNITED STATES MAGISTRATE JUDGE

August 26, 2011
Columbia, South Carolina